UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID WADE CLARK, Plaintiff | CIVIL ACTION NO. 1:19-CV-335-P |
| VERSUS | JUDGE DEE D. DRELL |
| CONCORDIA PARISH CORRECTIONAL FACILITY, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 17), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that all claims against the Concordia Parish Correctional Facility and its medical department are DENIED and DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that the claims for lost or stolen property and placement in segregation are DENIED and DISMISSED WITH PREJUDICE. Service of process of the medical care claim against the remaining Defendants has been ordered. (Doc. 18).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE